**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

Chris O. Clemons

Case No.: 10-32775
Chapter: 13
Hearing Date: 09/12/2016

Debtor(s)

## NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Chris O. Clemons, Debtor(s), 428 Shore Dr., Harvey, IL 60426
Ernesto D. Borges, Attorney for Debtor(s), 105 W. Madison St. 23rd Floor, Chicago, IL 60602 by electronic notice through ECF

PLEASE TAKE NOTICE that on the 09/12/2016, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jacqueline P. Cox, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Court Room 680, Chicago, Illinois 60604 or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on August 25, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 26, 2016.

/s/ Jose Moreno
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-16-10906)**

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 25, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 26, 2016.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Chris O. Clemons, Debtor(s), 428 Shore Dr., Harvey, IL 60426
Ernesto D. Borges, Attorney for Debtor(s), 105 W. Madison St. 23rd Floor, Chicago, IL 60602 by electronic notice through ECF

/s/ Jose Moreno
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-16-10906)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Chris O. Clemons;

Debtor(s)

Case No.: 10-32775
Chapter: 13
Hearing Date: 09/12/2016

## MOTION TO EXTEND TIME

**NOW COMES** WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2015-16TT, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to Fed. R. Bankr. P. 9006(b) for an extension of time to file its Response to the Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f) filed by the Trustee, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 428 Shore Drive, Harvey, Illinois;

3. On 08/04/16, the Trustee filed and served a Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f);

4. Pursuant to Fed. R. Bankr. P. 3002.1(g), the 21 day deadline for Movant to file and serve its Response the Trustee's Notice expires on August 25, 2016;

5. Movant is in the process of preparing its Response but requires additional time to complete, file and serve its Response;

**WHEREFORE,** WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2015-16TT prays this Court enter an Order pursuant to Fed. R. Bankr. P. 9006(b) extending the time for Movant to file its Response to the Trustee's Notice of Final Mortgage Mortgage Cure Under Rule 3002.1(f), and for such other and further relief as this Court may deem just and proper.

Dated this August 25, 2016.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Jose Moreno

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-16-10906)**

NOTE: This law firm is a debt collector.